# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSHUA FRUCHTER,
        Plaintiff,

   v.                                                                                 Case No. 10-C-1157

JOSEPH C. FOLISI,

        Consolidated Plaintiff,

   v.

MARSHALL & ILSLEY, CORP., et al.,
        Defendants.

## ORDER

In light of the notice from the parties indicating a tentative resolution of this case, **IT IS ORDERED** that this case be closed for administrative purposes pending receipt of the stipulation for dismissal.

Dated at Milwaukee, Wisconsin, this 6th day of July, 2011.

                                                     /s_____
                                                     LYNN ADELMAN
                                                     District Judge