| | |
|---|---|
| JOSHUA FRUCHTER, individually and on behalf of all others similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARSHALL & ILSLEY CORPORATION, MARK F. FURLONG, JON F. CHAIT, JOHN W. DANIELS, JR., TED D. KELLNER, DENNIS J. KUESTER, DAVID J. LUBAR, KATHARINE C. LYALL, JOHN A. MELLOWES, SAN W. ORR, JR., ROBERT J. O'TOOLE, PETER M. PLATTEN, III, JOHN S. SHIELY, GEORGE E. WARDEBERG, JAMES B. WIGDALE, and BMO FINANCIAL GROUP<br><br>　　　　　　Defendants. | Consolidated Case Nos.<br>　2:10-cv-001157<br>　2:11-cv-00025 |

## **ORDER OF DISMISSAL WITH PREJUDICE**

　　　Based on the foregoing stipulation of the parties, IT IS ORDERED that this action is dismissed with prejudice, with all parties to bear their own costs and expenses.

　　Dated at Milwaukee, Wisconsin, this 3rd day of July 2012.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Lynn Adelman
　　　　　　　　　　　　　　　　Hon. Lynn Adelman
　　　　　　　　　　　　　　　　District Judge